UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                                                      No. 19CR651-LTS

IONELA CONSTANTINESCU (5),

                Defendant.

-------------------------------------------------------------X

**ORDER**

      Kenneth A. Paul, Esq., has passed away.  Ezra Spilke, Esq., is hereby appointed in his stead as CJA counsel for the defendant in the above-captioned matter.

      SO ORDERED.

Dated:  New York, New York
         May 15, 2020

                                                                            /s/  Laura Taylor Swain
                                                                           LAURA TAYLOR SWAIN
                                                                           United States District Judge