UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :   **SUPPLEMENTAL**
                                 :   **PROTECTIVE ORDER**
    - v. -                       :
                                 :   19 Cr. 651 (LTS)
IONELA CONSTANTINESCU,           :
                                 :
        Defendant.               :
                                 :
- - - - - - - - - - - - - - - - x

WHEREAS, on January 31, 2020, the Court entered a Protective Order, which was executed on behalf of the defendant by Kenneth A. Paul, Esq. (Dkt. No. 157);

WHEREAS, on May 15, 2020, Ezra Spilke, Esq., was appointed to represent the defendant in Mr. Paul's stead (Dkt. No. 265);

IT IS HEREBY agreed, by and between the United States of America, Geoffrey S. Berman, United States Attorney, by Elizabeth A. Hanft, Daniel M. Loss, Samuel P. Rothschild, and Robert B. Sobelman, Assistant United States Attorneys, of counsel, and Mr. Spilke, counsel for the defendant, that Mr. Spilke is and shall be bound by the terms of the Protective Order, which is incorporated by reference herein, as if he was an original signatory thereto.

Dated: New York, New York May 18, 2020

SO ORDERED:

/s/ Laura Taylor Swain
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

**Acknowledgement of Protective Order**

I, Ezra Spilke, Esq., have read and reviewed the Protective Order entered on January 31, 2020, in the case of *United States v. Ionela Constantinescu*, 19 Cr. 651 (LTS), I understand it, and I acknowledge that I am and shall be bound by the Order.

_____
Ezra Spilke, Esq.
Attorney for Ionela Constantinescu