LAW OFFICE OF
# Jacob Barclay Mitchell, Esq.
225 Broadway, Suite 2815
New York, New York 10007

TELEPHONE: (212) 204-2574                                 E-MAIL: jacobbarclaymitchell@gmail.com

January 21, 2021

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

RE:   United States v. Constantinescu
        19 Cr. 651 (LTS)

Dear Judge Swain,

    I represent Ionela Constantinescu in the above referenced-matter and write to request a modification of Ms. Constantinescu's bail conditions by removing the currently required curfew. Ionela would still be subject to standalone GPS enforced with location monitoring.

    The reason for the request is that Ionela has been working for the past 4 months as a driver for a transportation company. She has excelled at her job and has been taking on additional work including pickups very early in the morning. By removing the curfew, Ms. Constantinescu will be able to take on her additional pickups without the extra steps of notifying pretrial services every time.

    I communicated with her pretrial services officer, Rena Bolin and with the government in regards to this request. The government consents. Ms. Bolin consents.

Thank you for your consideration.

Respectfully,

_____/S/_____
Jacob Mitchell
Ezra Spilke
Counsel for Ionela Constantinescu

The requested modification is granted. DE#453 resolved.
SO ORDERED.
1/21/2021
/s/ Laura Taylor Swain, USDJ