UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :       CONSENT PRELIMINARY ORDER
         - v. -                                               :       OF FORFEITURE/
                                                              :       MONEY JUDGMENT
IONELA CONSTANTINESCU,                                        :
         a/k/a "Pitica,"                                      :       19 Cr. 651 (LTS)
                                                              :
                   Defendant.                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about September 9, 2019, IONELA CONSTANTINESCU (the

"Defendant"), among others, was charged in three counts of a four-count sealed Indictment, 19 Cr.

651 (LTS) (the "Indictment"), with conspiracy to commit access device fraud, in violation of Title

18, United States Code, Section 1029(b)(2) (Count One); conspiracy to commit wire fraud and

bank fraud, in violation of Title 18, United States Code, Section 1349 (Count Two); and aggravated

identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2

(Count Three);

        WHEREAS, the Indictment included a forfeiture allegation as to Count Two of the

Indictment, seeking forfeiture to the United States of any and all property constituting, or derived

from, proceeds obtained directly or indirectly as a result of the commission of the offense charged

in Count Two of the Indictment, including but not limited to a sum of money in United States

currency representing the amount of proceeds traceable to the commission of the offense charged

in Count Two of the Indictment that the Defendant personally obtained;

        WHEREAS, on or about August 2, 2022, the Defendant pled guilty to Count Two

of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant

admitted the forfeiture allegation with respect to Count Two of the Indictment and agreed to forfeit

to the United States pursuant to, *inter alia*, Title 18, United States Code, Section 982(a)(2)(A), a

sum of money equal to $390,644.04 in United States currency, representing the amount of proceeds traceable to the commission of the offense charged in Count Two of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $390,644.04 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Elizabeth Hanft, Samuel P. Rothschild, Robert B. Sobelman, and Maggie Lynaugh, of counsel, and the Defendant and her counsel, Ezra Spilke and Jacob Barclay Mitchell, Esq., that:

1.     As a result of the offense charged in Count Two of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $390,644.04 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.     Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, IONELA CONSTANTINESCU, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.     All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals

Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.     The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.     Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.     Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.     The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.    The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York


By:    _Elhanft_____          July 22, 2022
       ELIZABETH HANFT                     DATE
       SAMUEL P. ROTHSCHILD
       ROBERT B. SOBELMAN
       MAGGIE LYNAUGH
       Assistant United States Attorneys
       (212) 637-2334 / 2504 / 2616 / 2448


IONELA CONSTANTINESCU

By:    _____              7/24/22
       IONELA CONSTANTINESCU            DATE


By:    _____              7/25/22
       EZRA SPILKE, ESQ                 DATE
       JACOB BARCLAY MITCHELL, ESQ.
       Attorney for Defendant
       1825 Foster Avenue, Suite 1K
       Brooklyn, NY 11230

SO ORDERED:

       _____              8/2/22
       HONORABLE LAURA TAYLOR SWAIN     DATE
       CHIEF UNITED STATES DISTRICT JUDGE