LAW OFFICE OF
# Jacob Barclay Mitchell, Esq.
225 Broadway, Suite 2815
New York, New York 10007

TELEPHONE: (212) 204-2574                                  E-MAIL: jacobbarclaymitchell@gmail.com

By: ECF

November 4, 2022

## MEMO ENDORSED

Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:     *United States v. Constantinescu, et al.,* 19-Cr-651 (LTS)

Dear Judge Swain:

On behalf of defendant Ionela Constantinescu and with the Government's consent, we respectfully move the Court for a 45-day adjournment of Ms. Constantinescu's sentencing scheduled for November 29, 2022. The reason for the request is to allow for additional time to interview family and receive letters on her behalf.

We would request a date that is convenient for the court between January 10th and 17th.

Thank you for your consideration.

Respectfully,

_____/S_____
Jacob Mitchell

The foregoing request is granted. The sentencing hearing is hereby rescheduled for January 11, 2022, at 2:30p.m.  SO ORDERED.
11/4/2022
/s/ Laura Taylor Swain, Chief USDJ