UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                   No.  19 CR  651-LTS

IONELA CONSTANTINESCU,

        Defendant.

-------------------------------------------------------x

## ORDER

The sentencing hearing in this case, originally scheduled for March 8, 2023, at 12:00 p.m. is hereby rescheduled to proceed on **March 8**, **2023**, at **11:30 a.m**. in Courtroom 17C.

    SO ORDERED.

Dated: New York, New York
       February 7, 2023

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge