UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                  No. 19 CR 651 - LTS

IONELA CONSTANTINESCU,

        Defendant.

-------------------------------------------------------x

ORDER

The sentencing hearing in this case is scheduled to proceed on **March 8, 2023**, at **11:30 a.m**. in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

SO ORDERED.

Dated: New York, New York
        March 6, 2023

                                                                             /s/ Laura Taylor Swain
                                                                            LAURA TAYLOR SWAIN
                                                                            Chief United States District Judge